UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

ABERDEEN CITY COUNCIL AS
ADMINISTRATING AUTHORITY FOR
THE NORTH EAST SCOTLAND PENSION
FUND,

                            Plaintiff,

      vs.

BLOOMBERG L.P.,

                            Defendant.

——————————————————————

(*In re Under Armour Securities Litigation,
Pending in the United States District Court,
District of Maryland*, Civil No. RDB-17-388)

—————————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Miscellaneous Civil Action No. 7:23-mc-00070

PLAINTIFF'S NOTICE OF MOTION AND
MOTION TO COMPEL BLOOMBERG L.P.
TO PRODUCE DOCUMENTS RESPONSIVE
TO PLAINTIFF'S SUBPOENA

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund hereby moves this Court, at a date and time to be determined by this Court, to compel Bloomberg L.P. to produce documents responsive to plaintiff's subpoena issued in *In re Under Armour Securities Litigation*, Civil No. RDB-17-388 (D. Md.).  In support of this Motion, plaintiff submits herewith a memorandum of points and authorities in support thereof and the Declaration of Michael G. Capeci in Support of Plaintiff's Motion to Compel Bloomberg L.P. to Produce Documents Responsive to Plaintiff's Subpoena.  Prior to the filing of this Motion, plaintiff and Bloomberg L.P. met and conferred in good faith on multiple occasions to resolve this discovery dispute but were unable to do so.

DATED:  March 15, 2023                    Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                         MICHAEL G. CAPECI (MC-0617/NY)


                                              s/ Michael G. Capeci
                                         MICHAEL G. CAPECI

                                         58 South Service Road, Suite 200
                                         Melville, NY  11747
                                         Telephone:  631/367-7100
                                         631/367-1173 (fax)
                                         mcapeci@rgrdlaw.com

4889-6856-7892.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK SOLOMON
X. JAY ALVAREZ
ROBERT R. HENSSLER JR.
MATTHEW I. ALPERT
JUAN CARLOS SANCHEZ
CHRISTOPHER R. KINNON
T. ALEX B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
jaya@rgrdlaw.com
bhenssler@rgrdlaw.com
malpert@rgrdlaw.com
jsanchez@rgrdlaw.com
ckinnon@rgrdlaw.com
afolkerth@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
STEPHEN R. ASTLEY
ELIZABETH A. SHONSON
ANDREW T. REES
MATTHEW RICHARD
MASON G. ROTH
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
sastley@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
mrichard@rgrdlaw.com
mroth@rgrdlaw.com

Lead Counsel for Plaintiff

4889-6856-7892.v1

**DECLARATION OF SERVICE BY EMAIL**

I, T. Alex B. Folkerth, not a party to the within action, hereby declare that on March 15, 2023, I served the attached document on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFF**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Mark Solomon<br>X. Jay Alvarez<br>Robert Henssler Jr.<br>Matthew I. Alpert<br>Juan Carlos Sanchez<br>Christopher R. Kinnon<br>T. Alex B. Folkerth | Robbins Geller Rudman<br>  & Dowd LLP<br>655 West Broadway,<br>Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058 | marks@rgrdlaw.com<br>jaya@rgrdlaw.com<br>bhenssler@rgrdlaw.com<br>malpert@rgrdlaw.com<br>jsanchez@rgrdlaw.com<br>ckinnon@rgrdlaw.com<br>afolkerth@rgrdlaw.com |
| Jack Reise Stephen<br>R. Astley<br>Elizabeth A. Shonson<br>Andrew T. Rees<br>Matthew Richard<br>Mason G. Roth | Robbins Geller Rudman<br>  & Dowd LLP<br>120 East Palmetto Park Road,<br>Suite 500<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000 | jreise@rgrdlaw.com<br>sastley@rgrdlaw.com<br>eshonson@rgrdlaw.com<br>arees@rgrdlaw.com<br>mrichard@rgrdlaw.com<br>mroth@rgrdlaw.com |
| Michael G. Capeci | Robbins Geller Rudman<br>  & Dowd LLP<br>58 South Service Road,<br>  Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100 | mcapeci@rgrdlaw.com |

**COUNSEL FOR DEFENDANT**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Dori Ann Hanswirth<br>Theresa M. House | Arnold & Porter<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212/836-8095 | dori.hanswirth@arnoldporter.com<br>theresa.house@arnoldporter.com |

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 15, 2023, at San Diego, California.

s/ T. Alex B. Folkerth
_____
T. ALEX B. FOLKERTH

4889-6856-7892.v1