# EXHIBIT 38


**25**TH **ANNIVERSARY EDITION**

# THE BLOOMBERG WAY

## A Guide for Reporters and Editors

**Matthew Winkler**
Editor-in-Chief

with **Jennifer Sondag**,
Standards Editor, Americas

Cover design: Wiley

Copyright © 2014 by Matthew Winkler. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

*The Bloomberg Way* was previously published in eleven editions by Bloomberg for its employees. The twelfth edition was published by Wiley.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993, or fax (317) 572-4002.

Wiley publishes in a variety of print and electronic formats and by print-on-demand. Some material included with standard print versions of this book may not be included in e-books or in print-on-demand. If this book refers to media such as a CD or DVD that is not included in the version you purchased, you may download this material at http://booksupport.wiley.com. For more information about Wiley products, visit www.wiley.com.

ISBN 978-1-118-84226-3 (Paperback)
ISBN 978-1-118-84231-7 (ePDF)
ISBN 978-1-118-84233-1 (ePub)

Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1



MIX
Paper from
responsible sources
FSC® C005928
www.fsc.org

**11**

# Ethics

OUR NAME is Bloomberg. It is a good name and must never be tarnished by anything that we say or do. We adhere to the following ethical standards in our newsgathering and reporting:

We seek to avoid a *conflict of interest*, which is an economic, personal or political relationship that may compromise a journalist's impartiality. We are mindful that the appearance of a conflict or impropriety can be as damaging to a reputation as doing something improper.

Bloomberg News does not allow external parties or the commercial interests of Bloomberg LP to dictate our reporting. Altering a story because it may embarrass a company or individual would create the perception that we yield to outside pressure, and that would cost us our integrity.

When exposing the wrongdoing of others, we should be above reproach. The greater the story's impact, the greater our obligation to withstand the most exacting scrutiny.

Bloomberg journalists don't break the law to gather news and, no matter what the law permits, aren't deceptive, duplicitous or dishonest. Although it isn't necessarily illegal to pay sources, Bloomberg never pays for information other than data or original reporting that is protected by copyright laws. We don't use another person or group to violate laws on our behalf.

91