UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ABERDEEN CITY COUNCIL AS ADMINISTRATING AUTHORITY FOR THE NORTH EAST SCOTLAND PENSION FUND,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLOOMBERG L.P.,<br><br>　　　　　　　　Defendant.<br><br>(*In re Under Armour Securities Litigation, Pending in the United States District Court, District of Maryland*, Civil No. RDB-17-388) | Miscellaneous Civil Action No. 1:23-mc-00070-LAK<br><br>DECLARATION OF MICHAEL G. CAPECI IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL |

4895-4682-6839.v1

I, MICHAEL G. CAPECI, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of New York. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel of record for plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Joint Stipulation and Protective Order in *In re Under Armour Securities Litigation*, No. RDB-17-38 (D. Maryland), dated January 4, 2023; and

Exhibit B: Correspondence between counsel for Plaintiff, Alex Folkerth and counsel for Bloomberg L.P. regarding motion to seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of March, 2023, at Melville, New York.

s/ Michael G. Capeci  
MICHAEL G. CAPECI

- 1 -

4895-4682-6839.v1

## DECLARATION OF SERVICE BY EMAIL

I, T. Alex B. Folkerth, not a party to the within action, hereby declare that on March 16, 2023, I served the attached document on the parties in the within action by email addressed as follows:

**COUNSEL FOR PLAINTIFF**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Mark Solomon<br>X. Jay Alvarez<br>Robert Henssler Jr.<br>Matthew I. Alpert<br>Juan Carlos Sanchez<br>Christopher R. Kinnon<br>T. Alex B. Folkerth | Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058 | marks@rgrdlaw.com<br>jaya@rgrdlaw.com<br>bhenssler@rgrdlaw.com<br>malpert@rgrdlaw.com<br>jsanchez@rgrdlaw.com<br>ckinnon@rgrdlaw.com<br>afolkerth@rgrdlaw.com |
| Jack Reise<br>Stephen R. Astley<br>Elizabeth A. Shonson<br>Andrew T. Rees<br>Matthew Richard<br>Mason G. Roth | Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000 | jreise@rgrdlaw.com<br>sastley@rgrdlaw.com<br>eshonson@rgrdlaw.com<br>arees@rgrdlaw.com<br>mrichard@rgrdlaw.com<br>mroth@rgrdlaw.com |
| Michael G. Capeci | Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100 | mcapeci@rgrdlaw.com |

**COUNSEL FOR DEFENDANT**:

| NAME | FIRM | EMAIL |
|---|---|---|
| Dori Ann Hanswirth<br>Theresa M. House | Arnold & Porter<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212/836-8095 | dori.hanswirth@arnoldporter.com<br>theresa.house@arnoldporter.com |

- 1 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2023, at San Diego, California.

s/ T. Alex B. Folkerth<br>T. ALEX B. FOLKERTH

4895-4682-6839.v1