UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

ABERDEEN CITY COUNCIL AS ADMINISTRATING AUTHORITY FOR THE NORTH EAST SCOTLAND PENSION FUND,

      Plaintiff,

 vs.

BLOOMBERG L.P.,

      Defendant.

(*In re Under Armour Securities Litigation, Pending in the United States District Court, District of Maryland*, Civil No. RDB-17-388)

---------------------------------------------------------------- x

: Miscellaneous Civil Action No. 1:23-mc-00070-LAK-GWG

: [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

4879-7253-8466.v1

Upon consideration of plaintiff Aberdeen City Counsel as Administrating Authority for the North East Scotland Pension Fund's ("Plaintiff") Motion to Seal its unredacted Reply in Support of Plaintiff's Motion to Compel Bloomberg L.P. to Produce Documents Responsive to Plaintiff's Subpoena(the "Reply"), and the Declaration of T. Alex B. Folkerth in Support of Reply in Support of Plaintiff's Motion to Compel Bloomberg L.P. to Produce Documents Responsive to Plaintiff's Subpoena(the "Folkerth Declaration") and accompanying Exhibit E,

IT IS ORDERED that

1. Plaintiff's Motion to Seal is GRANTED; and

2. The Reply and the Folkerth Declaration and accompanying Exhibit E are hereby SEALED.

**IT IS SO ORDERED**.

DATED: _____     _____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE