**Robbins Geller**
**Rudman & Dowd** LLP

| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, D.C. |

T. Alex B. Folkerth
afolkerth@rgrdlaw.com

May 5, 2023

<u>VIA ECF</u>

Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Aberdeen City Council as Administrating Authority for the North East Scotland
          Pension Fund v. Bloomberg L.P.*,
          No 1:23-mc-00070-LAK-GWG

Dear Judge Gorenstein:

    We represent plaintiff Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund ("Plaintiff") in the above-referenced matter. Last night, Plaintiff filed its Reply in Support of Plaintiff's Motion to Compel Bloomberg L.P. to Produce Documents Responsive to Plaintiff's Subpoena (ECFs 39, 43) (the "Reply"), along with a declaration and accompanying exhibits in support thereof (ECFs 40, 44), and a Motion to Seal (ECF 41) and Proposed Order granting the same (ECF 42).

    This morning, we realized that we inadvertently did not redact from the publicly-filed version of the Reply certain information that has been designated as Confidential pursuant to the Protective Order in Plaintiff's underlying case against Under Armour, Inc. and Kevin A. Plank. ECF 39 at 20 n.18. Pursuant to this Court's ECF Rule 21.8, we have contacted the ECF Help Desk, and they have temporarily sealed ECF 39.

    Pursuant to ECF Rule 21.8(b), Plaintiff respectfully requests that the Court formally seal ECF 39 pending resolution of Plaintiff's Motion to Seal (ECF 41). Plaintiff is also filing a correctly redacted version of the Reply concurrently herewith pursuant to ECF Rule 21.8(c).

                    Respectfully submitted,

                    T. ALEX B. FOLKERTH

TABF:mmh
cc:     Counsel of record by ECF

4871-7189-9490.v1

655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619-231-1058   Fax 619-231-7423   rgrdlaw.com