UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABERDEEN CITY COUNCIL AS ADMINISTRATING AUTHORITY FOR THE NORTH EAST SCOTLAND PENSION FUND,<br>    Plaintiff,<br> vs.<br>BLOOMBERG L.P.,<br>    Defendant.<br><br>(*In re Under Armour Securities Litigation, Pending in the United States District Court, District of Maryland*, Civil No. RDB-17-388) | Misc. Case No. 1:23-mc-00070-LAK-GWG |

**NOTICE OF DEFENDANT BLOOMBERG L.P.'S MOTION TO SEAL SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

PLEASE TAKE NOTICE that upon the annexed Defendant Bloomberg, L.P.'s Motion to Seal Sur-Reply in Further Opposition to Plaintiff's Motion to Compel, Bloomberg L.P. ("Bloomberg"), by its attorneys, will move this Court before the Honorable Gabriel W. Gorenstein for an Order granting Bloomberg leave to file certain materials under seal.

Specifically, Bloomberg moves for an Order granting leave to file under seal its unredacted Sur-Reply Memorandum of Law in Further Opposition to Plaintiff's Motion to Compel (the "Sur-Reply Filing") under seal.

Bloomberg filed a redacted version of the Sur-Reply Filing in the public record. Bloomberg's unredacted Sur-Reply Filing is a version of the Sur-Reply Filing with the proposed redactions visible and highlighted.

DATED: May 23, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Dori Ann Hanswirth
DORI ANN HANSWIRTH

Dori Ann Hanswirth
Theresa M. House
250 West 55th Street
New York, NY 10019-9710
Tel.: (212) 836-8095
Fax: (212) 836-8689
Dori.Hanswirth@arnoldporter.com
Theresa.House@arnoldporter.com
*Attorneys for Defendant Bloomberg L.P.*