FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8565
Email: samuel.groner@friedfrank.com

August 21, 2023

**Via CM/ECF**

Hon. Gabriel W. Gorenstein
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Aberdeen City Counsel as Administrating Authority for the North East Scotland Pension v. Bloomberg L.P.*, Case No. 1:23-mc-00070-LAK-GWG

Dear Judge Gorenstein:

      We represent non-party Under Armour, Inc. ("Under Armour"). We write seeking clarification regarding one aspect of the Court's decision dated August 16, 2023 (Dkt. No. 62) (the "Decision").

      The Court held that "[t]he motion to seal is denied as to Docket ## 9-1, 9-2, 9-3, 9-4, 9-14, 9-22, 9-24, and 9-26, except that the names and email addresses of non-Under Armour employees in these documents may be redacted <u>as set forth above</u>" (emphasis added). The analysis set forth above in the Decision discussed the fact that names and email addresses of non-Under Armour employees may be redacted in Docket ## 9-14, 9-22, and 9-24. We write to confirm that the same names and email addresses of non-Under Armour employees may also be redacted in Docket ## 9-1, 9-2, 9-3, 9-4, and 9-26 (to the extent that those documents contain those names and/or email addresses). We also write to request that the August 23, 2023 deadline (which the Court set for the parties to make the filings required by the Court's Decision) be extended until such time as the Court confirms that the same names and email addresses of non-Under Armour employees may be redacted in Docket ## 9-1, 9-2, 9-3, 9-4, and 9-26.

      Respectfully submitted,

/s/ Samuel P. Groner
Samuel P. Groner

cc:    all parties of record (*via* CM/ECF)

61167782

One New York Plaza, New York, New York 10004—1980
T: +1.212.859.8000 *friedfrank.com*