EXHIBIT 2

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| T. Alex B. Folkerth, Esq. Robbins Geller Rudman & Dowd LLP 655 West Broadway, Suite 1900 San Diego, CA 92101 | | | | |
| Telephone No: 619-231-1058 FAX No: 619-231-7423 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - District of Maryland | | | | |
| Plaintiff(s): In re Under Armour Securities Litigation Defendant: | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: Fri, Feb. 03, 2023 | Time: 9:00AM | Dept/Div: | Case Number: RDB17388 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A.

3. a. Party served: Bloomberg L.P.
   b. Person served: Jane Doe, Service of Process Intake Clerk (Name Refused per Company Policy), Caucasian, Female, 55 Years Old, Brown Hair, 5 Feet 3 Inches, 130 Pounds

4. Address where the party was served: Corporation Service Company
   80 State Street
   Albany, NY 12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jan. 06, 2023 (2) at: 2:17PM
   b. I received this subpoena for service on: Friday, January 06, 2023

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:
   a. Edward J. Bowmaker
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

   1/10/23 Edward J Bowmaker
   (Date)        (Signature)

8. STATE OF NEW YORK, COUNTY OF Albany
   Subscribed and sworn to (or affirmed) before me on this 10 day of January, 2023 by Edward J. Bowmaker proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE     Carla J. Vinetti
                            (Notary Signature)       tabfol.242699

   CARLA J. VINETTI
   Notary Public State of New York
   No. 01VI6051462
   Qualified in Albany County
   Commission Expires Dec. 4, 20 26