# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| **From:** | KP13 [/O=UNDERARMOUR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KP13] |
| **Sent:** | 1/11/2016 10:51:27 AM |
| **To:** | Smith, Jen (Office of CEO) [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jsmith]; Stafford, Henry [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=hstafford]; Dickerson, Brad [/o=Underarmour/ou=First Administrative Group/cn=Recipients/cn=bdickerson]; Shaw, Tom [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=tshaw]; Stanton, John [/o=Underarmour/ou=First Administrative Group/cn=Recipients/cn=jstanton]; Anguilla, Rick [/o=Underarmour/ou=First Administrative Group/cn=Recipients/cn=RAnguilla]; Bergman, David E. [/o=Underarmour/ou=First Administrative Group/cn=Recipients/cn=dbergman] |
| **Subject:** | Morgan stanley |

We must all get on a call with as many facts available to us and have a strategy to put our friends in media and other analysts to work to refute this report.

Let's get the FACTS and understand where and how they came to this conclusion and then decide how to proceed. We are in a quiet period but this will not go unanswered.

Georgetown conference room at 12:15 – thanks.



Plank
Exhibit No. 31
Date: 2.15.23
T. Alfaro

CONFIDENTIAL

UA_00975721