# EXHIBIT 10

**To:**        Pelkey, Diane[dpelkey@underarmour.com]
**From:**      KP13
**Sent:**      Fri 1/29/2016 6:46:43 PM (UTC-05:00)
**Subject:**   Re: Stephen Curry

Thanks for all of your help here Di - That is so cool and a great thank you for being the only member of media to get UA's back when MS came out against us - I hope that the CNBC crew takes notice and shows more love (even when the chips are down!)

Sent from my iPhone

On Jan 29, 2016, at 5:43 PM, Pelkey, Diane <dpelkey@underarmour.com> wrote:


> This is all set. Tai and Stoney will both be with Stephen for the taped interview on Monday with Stephanie.
>
>
> Begin forwarded message:
>
>
> > **From:** "Adrienne Toscano (BLOOMBERG/ NEWSROOM:)" <atoscano2@bloomberg.net>
> > **Date:** January 29, 2016 at 5:25:18 PM EST
> > **To:** <sruhle2@bloomberg.net>, <dpelkey@underarmour.com>
> > **Subject: Re: Stephen Curry**
> > **Reply-To:** Adrienne Toscano <atoscano2@bloomberg.net>
> >
> >
> > This is great - ty. We're sooooo excited!
> >
> >
> >
> > ---
> > Sent From Bloomberg Mobile MSG
> >
> > ---- Original Message ----
> > From: Diane Pelkey <dpelkey@underarmour.com>
> > At: 29-Jan-2016 17:22:46
> >
> > Hey Steph/Adrienne -
> > So happy we were able to secure Stephen for the interview on Monday at 11:30AM. See below
> > Key points and lots of B-roll and imagery. Let me know if you need anything else. Have a great weekend.
> > Best~
> > Diane
> >
> > UA/ Curry Overview:
> >
> >   *   Stephen Curry joined the Under Armour Brand in 2013.
> >   *   In 2015, his partnership was extended through 2024
> >   *   Curry has been featured in multiple brand campaigns including two global Under Armour "Holiday" campaigns: Curry One-Charged by Belief (Feb 2015) and Rule Yourself (August 2015)
> >   *   Under Armour launched Curry's first signature basketball shoe, the Curry One, and his signature apparel collection in February 2015. Since its launch, the Curry One has continued to almost fully sell out across all retail distribution channels.
> >   *   The Curry Two launched in Asia as part of Curry's first-ever Under Armour tour of the region in September, followed by the U.S. and global debut in October 2015.
> >   *   The Curry Two had the best sell-through of any signature basketball shoe this past season,

**Exhibit 0020**

CONFIDENTIAL

UA_01173730

helping to drive the brand's 95% growth in footwear revenue

   \*  Under Armour will also continue to tell a Basketball story at the 2016 NBA All Star Weekend, featuring Stephen. The brand has an OOH takeover at Toronto's Union Station promoting Under Armour basketball's #PlayforMore campaign and will be hosting an event with Stephen and Foot Locker at Yorkdale Mall on Friday Feb 12.

   \*  The Brand will unveil the Curry Two All-Star color way on February 8. The shoes will go on-sale on UA.com on Feb 12.

Campaigns/ B-roll:
Curry Two "Flash"
https://www.youtube.com/watch?v=JkBNmBQb5qY

Rule Yourself
https://www.youtube.com/watch?v=ikmd-vtRCqo

Curry One- Charged by Belief
https://www.youtube.com/watch?v=e6o8PbAsGKA

Asia Tour B-roll
https://www.dropbox.com/sh/ppc1p6yxthdn2v1/AADKFaL-OHnPWs6eDtV904Mya?dl=0.

Imagery:
SC UA Road Show (Asia Tour):
https://www.dropbox.com/sh/d5rji1m3gg86g7f/AACTQn71ScAJvy6vQIdmohB4a?dl=0

Rule Yourself Campaign Images:
https://www.dropbox.com/sh/cvjhvfctdv2e0qm/AABFojp9Jq26oLGEbM2e6fwYa?dl=0

Curry Two Footwear Images:
Iron Sharpen Iron:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217120.jpg
Dub Nation (away):
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=Dub+Nation_Pair.jpg
Father to Son:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215038.jpg
Floor General:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215026.jpg
The Professional:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215024.jpg
Long Shot:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217126.jpg
Providence Rd:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217129.jpg

December Releases:
Suit & Tie:
https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215044.jpg
Northern Lights:

CONFIDENTIAL

https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAALjiqI4MoC1GsZUiYLV47s0a?dl=0&preview=
151013-Curry_2_Social+217140.jpg

Jan Releases:
Haight Street: https://www.dropbox.com/sh/1iy3w049i2wnfss/AAB8ftWBNdkasrXH25-
DO5F0a?dl=0
Rainmaker Gray Storm:  https://www.dropbox.com/s/9s0gh19qosgarys/1259007-052.tif?dl=0

Feb Release:
Black History Month (at retail Feb 6):
https://www.dropbox.com/sh/1iy3w049i2wnfss/AAB8ftWBNdkasrXH25-DO5F0a?dl=0

<alt_body.html>

CONFIDENTIAL                                                                                            UA_01173732