# EXHIBIT 12

Message

| | |
|---|---|
| **From**: | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent**: | 1/28/2016 9:35:00 AM |
| **To**: | KP13 [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=kp13] |
| **Subject**: | look at that stock!!! |

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342

**Exhibit 0018**

HIGHLY CONFIDENTIAL

UA_01173681