# EXHIBIT 15

| Message | |
|---|---|
| From: | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| Sent: | 1/11/2016 8:21:13 AM |
| To: | Pelkey, Diane [/O=UNDERARMOUR/OU=First Administrative Group/cn=Recipients/cn=dpelkey] |
| Subject: | Re: get my tweet right |

what will likely happen
markets reporters doing updates could hit UA today if the stock moves- so just arm the anchors (me, cramer in the 9am) with this good tidbit - im sure cramer will look for the positive note - so give it to him before mkt opens (i dunno who is on fox at that hour)

---

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342

From: dpelkey@underarmour.com At: Jan 11 2016 08:18:01
To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
Subject: Re: get my tweet right

> Yes.. Just heard from our IR guy. Agree.. Will push positive
> messages out. Thanks!
>
>
> On Jan 11, 2016, at 8:15 AM, Stephanie Ruhle (BLOOMBERG/
> NEWSROOM:) <sruhle2@bloomberg.net> wrote:
>
> perfect -- i'd make the rounds with this
> only bc healdine just crossed abt morgan stanley going
> underweight UA -this content is perfect just in case anyone
> decides to cover the Morgan stanleyt thing -- it combats any
> risk of negativity
>
>
>
> -------------------------------------------------------------
> Stephanie Ruhle
> Anchor/Managing Editor, BloombergTV
> Editor-at-Large, Bloomberg News
> 731 Lexington Ave
> New York, NY 10022
> office: 212.617.0784
> cell: 917.202.4342
>
> ----- Original Message -----
> From: dpelkey@underarmour.com
> To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
> At: Jan 11 2016 08:12:59

Exhibit 0008

CONFIDENTIAL                                                        UA_01171446

```
>
> Good morning.. Over 1.5 million downloads of UA Record. UA Record has been named the #1 Best New App by Apple!
> Will connect with Kyle as well.
> Thanks!
> Diane
>
>
>
> Thanks,
> Diane
> On Jan 11, 2016, at 7:51 AM, Stephanie Ruhle (BLOOMBERG/NEWSROOM:) <sruhle2@bloomberg.net<mailto:sruhle2@bloomberg.net>> wrote:
>
> Di-
> can you tell me any official ##s
> how many record downloads etc... you gave me data on friday- but im guessing ##s are way up and more acolades
>
> its worth giving to Kyle Stock - i had him on two weeks ago and he was bulled up on KP
> Stephanie Ruhle
> Anchor/Managing Editor, BloombergTV
> Editor-at-Large, Bloomberg News
> 731 Lexington Ave
> New York, NY 10022
> office: 212.617.0784
> cell: 917.202.4342
>
>
```

CONFIDENTIAL
UA_01171447