# EXHIBIT 16

**To:** Smith, Jen (Office of CEO)[jsmith@underarmour.com]; KP13[kp13@ua.com]; Pelkey, Diane[dpelkey@underarmour.com]
**From:** Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
**Sent:** Mon 1/11/2016 1:41:38 PM (UTC-05:00)
**Subject:** Under Armour link

KP, J &D-

I went on-air at 12:30 covering your stock move - here it is

I don't know if/how well you know Chen Haitzius, he follows UA from our Bloomberg Intelligence team - he remains very bullish

http://www.bloomberg.com/news/videos/2016-01-11/under-armour-shares-decline-here-s-why

---

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342

Exhibit 0010

HIGHLY CONFIDENTIAL                                                       UA_01171481