# EXHIBIT 19

**To:** Stephanie Ruhle[sruhle2@bloomberg.net]
**From:** KP13
**Sent:** Mon 1/11/2016 3:41:23 PM (UTC-05:00)
**Subject:** FW: UA @ STRH - Defending UA
ATT00001.bin

These analysts are all over – let's get you a list to have them balance that bull shit story poisining the public markets!

---

**From:** Tom Shaw <tshaw@underarmour.com>

**Subject:** FW: UA @ STRH - Defending UA

More support

**Tom Shaw, CFA**
Director of Investor Relations



1020 Hull Street
Baltimore, MD 21230
Phone: +1 410-843-7676

   

**THE WORLD'S LARGEST FITNESS COMMUNITY.**
AVAILABLE NOW ON iOS & ANDROID

---

**From:** Pamela Quintiliano - STRH [mailto:pam.quintiliano@suntrust.com]
**Sent:** Monday, January 11, 2016 3:25 PM
**To:** Shaw, Tom
**Subject:** UA @ STRH - Defending UA

| | | |
|---|---|---|
| **COMPANY**<br>**UPDATE**<br>January 11, 2016 | Under Armour, Inc. (UA) | ATT00001 |

__CLICK HERE TO VIEW COMPLETE PDF__

Please don't forward - Exclusive use of intended recipient

# Defending UA


Rating: Buy

Market Cap (M): 16,020; Price: $75.00 as of 01/08/2016

Price Target new: $110.00; Price Target prior:$110.00

Sector: Hybrid Manufacturers/Retailers/Wholesalers

HIGHLY CONFIDENTIAL                                                          UA_01171466

In light of today's downward pressure on UA reflecting a competitor downgrade, we take weakness as a long-term buying opportunity as we believe that fundamentals are intact and significant growth remains. While we are cognizant of the challenges from a warmer winter season we believe that these are shorter-term in nature and that the implied ~$1.117B/$177M 4Q sales/operating income outlook provided on 10/22/15 took into account potential markdown pressure, and that guidance remains achievable. Reiterate Buy, $110 PT (~80.8x our F16E EPS of $1.36).

**SportsScan data does not account for over 60% of 4Q sales.** We note that DTC sales, which are not included in SportsScan, flex up to roughly 40% of sales in 4Q (from about 30% throughout the year). Also not included are sales from Dick's (DKS, $34.49, Neutral; covered by STRH Analyst David Magee), Foot Locker (FL, $62.70, NR) and international.

**ASP's on like-for-like footwear, on aggregate, were up close to double digits YoY in 3Q.** We believe that similar trends continued in 4Q, especially with the recent introduction of several higher price point winners including Curry Two and SpeedForm Gemini. We believe UA is smartly seeding the market with newer product, and will gradually raise prices (as it did with football cleats), as the introductions gain traction.

**Women's still growing, do not think a major change in trend.** While the ultimate goal is for women's to become even larger than men's, management has been open about challenges it has experienced in building the classification. Although it continues to grow (at what we believe to be above the company average), management is striving for more. However, we do not believe that recent growth has been stunted. As a reminder, UA has not historically provided growth metrics for women's but indicated on its 2Q15 call that growth in key categories had been strong and on its 1Q15 call that there are no signs of the business slowing. Based on recent conversations with the company and our channel checks, we do not believe there has been a material change in women's.

**Promotions were well-controlled throughout the quarter.** While promotions ran longer than ly and were slightly deeper, it was predominantly on basic product. Importantly, the depth of promotions was relatively consistent and we did not see any knee jerk cuts on pricing. Additionally, according to our recent channel checks we have not noticed product flooding the off-price or outlet channel, which we keep a close eye on as a proxy for the health of inventories.
**Including today's movement- UA has declined 13.8% YTD, 32.1% in the past 3 months and 15.9% in the past month; We believe fear surrounding a slowdown is baked in.** Consensus sales/operating income for 4Q and FY now stands at $1.127B/$177M and $3.919B/$408M vs. implied 4Q guidance of $1.117B/$177M and F15 guidance of $3.91B/$408M. This compares to our 4Q and F15 sales/OI estimates of $1.120B/$180M and $3.912B/$410M. UA is typically conservative with its outlook, baking in a range of scenarios and we do not believe 4Q was an exception. We are confident in UA's ability to meet its guidance.

**Trading below historical averages on an EV/EBITDA and EV/Sales basis.** UA is trading at 26.3X EV/EBITDA. This compares to its 30.8x historical average and 17.1x trough achieved in August 2011. On an EV/Sales basis it is also trading at a discount (3.4x vs. 4.1x average and 2.2x trough). Only on a PE basis is it trading at a premium (55.1x vs. 43.1x average and 23.3x trough) although no where near its peak multiple of 73.2x that was reached in September 2015.

**Reiterate Buy, $110 PT.** We take recent weakness as long-term buying opportunity. Our price target assumes a forward P/E multiple of 80.8x our F16E EPS estimate of $1.36 which is above UA's five-year historical multiple high of 61.2x and its five year historical average of 43.1x. We believe this is justified based on our confidence in management and initiatives in place. This includes product innovations, an enhanced focus on basketball and golf, and ongoing partnership announcements, which

indicate management's ongoing success on expanding mind share and poise UA for long-term outperformance. Additionally, UA continues to reap the benefits of investments in five key segments that are diversifying the business including footwear, women's, connected fitness, direct-to-consumer, and international, and management remains committed to investing in each of these key growth drivers.

**Pamela Quintiliano**
212-319-3916
pam.quintiliano@suntrust.com

David Kwon
212-303-4125
david.kwon@suntrust.com

Nicholas Hiatt
212-303-4133
nicholas.m.hiatt@suntrust.com

FOR INSTITUTIONAL CLIENTS ONLY

## Disclosures

Important: Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. Opinions expressed are subject to change without notice. This communication is not to be construed as an offer to sell or a solicitation to buy any security. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Securities recommended, offered, or sold by SunTrust Robinson Humphrey, Inc. are not insured by the FDIC, are not obligations of any bank and are subject to investment risks. Information provided by SunTrust Robinson Humphrey, Inc. is intended for use only by Institutional Accounts as defined in FINRA Rule 4512(c).

The information contained in this message is intended only for the confidential use of the designated recipient. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including risks to the price targets, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com.

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

UA_01171469