# EXHIBIT 20
[REDACTED]

What did he tell you?

On 1/13/16, 8:57 AM, "Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)"
<█████████████████████> wrote:

>he is going to buy more
>dont feel terrible
>█████ has an iron gut - in fact- i wanted to tell you something he once
>told me
>
>
>
>-------------------------------------------------------
>Stephanie Ruhle
>Anchor/Managing Editor, BloombergTV
>Editor-at-Large, Bloomberg News
>731 Lexington Ave
>New York, NY 10022
>office: 212.617.0784
>cell: 917.202.4342
>
>----- Original Message -----
>From: kp13@ua.com
>To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
>At: Jan 13 2016 08:56:55
>
>█████ bought our stock about a month ago - I forgot to tell you -  I feel
>terrible he has to see this downside in my stock.  Tell him to bear down
>and hang in there - UA will be just fine, we have a great Brand and
>business.
>
>Sent from my iPhone
>
>On Jan 13, 2016, at 7:59 AM, Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
>█████████████████████████████████████ wrote:
>
>one of your shareholders....
>hasnt even met you
>but loves your company
>
>he is a MASSIVE bear
>his point is that you should NOT be down
>
>
>From: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) At: Jan 13 2016 07:58:01
>To: █████████████████████████████████
>Subject: Re:UNDER ARMOUR DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK
>sounds like you should buy the stock ████
>they dont sell oil
>they sell the american dream
>
>Stephanie Ruhle
>Anchor/Managing Editor, BloombergTV
>Editor-at-Large, Bloomberg News
>731 Lexington Ave
>New York, NY 10022
>office: 212.617.0784
>cell: 917.202.4342
>
>From:███████████████████████████████  At: Jan 13 2016 07:56:22
>To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)<mailto█████████████████
>Subject: Re:UNDER ARMOUR DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK
>UNDER ARMOUR  DO THEY SELL OIL? HOW CAN THIS NOT BE A BEAR MARK

HIGHLY CONFIDENTIAL

Exhibit 0015

UA_01171674

&gt;ET?
&gt;

HIGHLY CONFIDENTIAL
UA_01171675