EXHIBIT 21

| | |
|---|---|
| **To:** | KP13[kp13@ua.com] |
| **From:** | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) |
| **Sent:** | Tue 1/12/2016 8:17:06 AM (UTC-05:00) |
| **Subject:** | Fwd:(FLY) UA: Under Armour weakness creates long-term buying opportunity, |

---

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342


From: James Berland (BLOOMBERG/ NEWSROOM:) At: Jan 12 2016 08:12:22
To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
Subject: Fwd:(FLY) UA: Under Armour weakness creates long-term buying opportunity,

        SUNTRUST SAYS TO BUY UA WEAKNESS - UP 1.8% PREMARKET

---

 UA: Under Armour weakness creates long-term buying opportunity,
2016-01-12 13:01:24.844 GMT

Under Armour weakness creates long-term buying opportunity, says SunTrust
After Under Armour's stock fell sharply due to a Morgan Stanley downgrade,
SunTrust thinks that the company's fundamentals are intact, while the challenges
it's facing from the warm winter are relatively short-term in nature. The firm
believes that the company can meet its Q4 guidance, and it believes that the
weakness in the stock creates a buying opportunity for long-term investors. It
keeps a $110 price target and Buy rating on the shares.


-------------------------------------------------------------


Theflyonthewall.com is a leading provider of market intelligence. To view
Theflyonthewall.com's Analyst Recommendations page type {TFRC<GO>}. To view
TheFly's latest Events data type {TEVT<GO>} and to see TheFly's Syndicate
Analysis, type {TSYN <GO>}

Provider ID: 02310446
-0- Jan/12/2016 13:01 GMT

HIGHLY CONFIDENTIAL

UA_01171657