# EXHIBIT 22

| | |
|---|---|
| **To:** | KP13[kp13@ua.com] |
| **From:** | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) |
| **Sent:** | Thur 1/21/2016 1:15:10 PM (UTC-05:00) |
| **Subject:** | Re:Fwd: Under Armour Inc.: Growth Is Rare But Rarely 'Cheap' |

image001.png
ATT00001.htm
image002.png
ATT00002.htm
image003.png
ATT00003.htm
image004.png
ATT00004.htm
image005.png
ATT00005.htm
UNDER_ARMOUR_INC_GROWTH_103622043.pdf
ATT00006.htm

When you trust and love more....good wins
And you aren't good
You are great

___

Sent from Bloomberg Professional for mm


----- Original Message -----
From: Kp13 <kp13@ua.com>
To: STEPHANIE RUHLE
At: 21-Jan-2016 15:40:51


Finally, some logic!!

Sent from my iPhone

Begin forwarded message:


> **From:** "Shaw, Tom" <tshaw@underarmour.com>
> **Date:** January 21, 2016 at 9:32:51 AM EST
> **To:** KP13 <kp13@ua.com>, "Dickerson, Brad" <bdickerson@underarmour.com>, "Molloy, Chip" <cmolloy@underarmour.com>, "Fulks, Kip J." <kipf@underarmour.com>, "Stafford, Henry" <hstafford@underarmour.com>, "Maurath, Charlie" <cmaurath@underarmour.com>
> **Cc:** "Amrhein, Andy" <aamrhein@underarmour.com>, "Tsang, Pete" <ptsang@underarmour.com>, "Pelkey, Diane" <dpelkey@underarmour.com>, "Burke, Josh" <jburke@underarmour.com>, "Yasser, Abe" <ayasser@underarmour.com>, "Harris, Lee" <lharris@underarmour.com>, "Hardy, Jim" <jhardy@underarmour.com>, "Stanton, John" <jstanton@underarmour.com>, "Silbert, Glenn" <gsilbert@underarmour.com>, "Archer, Jason" <jarcher@underarmour.com>, "Besselman, Bill" <bbesselman@underarmour.com>, "Gillard, Carrie" <cgillard@underarmour.com>, "Anguilla, Rick" <RAnguilla@underarmour.com>, "McCabe, Susie" <smccabe@underarmour.com>, "LaRose, Jason" <jlarose@underarmour.com>, "Ross, Kevin" <kross@underarmour.com>, "Taylor, Fritz" <ftaylor1@underarmour.com>, "Pettitt, Alexandra" <apettitt@underarmour.com>, "Dombrow, David" <ddombrow@underarmour.com>, "Rattet, Joshua" <jrattet@underarmour.com>, "Bergman, David E." <dbergman@underarmour.com>, "Page, Andrew" <apage@underarmour.com>, "Glynn, Leif" <lglynn@underarmour.com>, "Mirchin, Matthew C." <mmirchin@underarmour.com>, "Eskridge, Kevin" <keskridge@underarmour.com>, "Mathur, Sanjeev" <smathur@underarmour.com>, "Vargo, Frank" <fvargo@underarmour.com>, "Cooper, Thomas" <tcooper@underarmour.com>, "Smith, Jen (Office of CEO)" <jsmith@underarmour.com>, "Shearer, Matt" <mshearer@underarmour.com>, "Scheeler, Brian" <bscheeler@underarmour.com>, "Peake, Adam" <apeake@underarmour.com>, "Shaw, Tom" <tshaw@underarmour.com>, "Thurston, Robin" <rthurston@underarmour.com>, "Ruppe, Peter" <pruppe@underarmour.com>, "Cortina, Kelly" <kcortina@underarmour.com>, "Otis, Jeff" <jotis@underarmour.com>, "Pruess, Ben" <bpruess@underarmour.com>, "Koeninger, Aaron" <akoeninger@underarmour.com>, "Thurston, Robin" <rthurston@underarmour.com>, "Uy, Maria" <muy@underarmour.com>, "Maasdam, Matthew" <mmaasdam@underarmour.com>, "Haskell, Erick" <ehaskell@underarmour.com>, "O'Brien, Patrick" <pobrien@underarmour.com>, "Glasthal, Scott" <sglasthal@underarmour.com>, "Mooradian, Michelle" <mmooradian@underarmour.com>, "Azevedo, Meghan" <mazevedo@underarmour.com>, "Reed, Doug" <dreed2@underarmour.com>, "Heath, David" <dheath@underarmour.com>, "McGovern, Kerry" <kmcgovern@underarmour.com>
> **Subject: FW: Under Armour Inc.: Growth Is Rare But Rarely 'Cheap'**

**Exhibit 0016**

HIGHLY CONFIDENTIAL                                                                                                        UA_01172385

Passing along this UA report from Barclays this morning. A pretty extensive bottoms-up analysis through 2020 that "supports a high growth trajectory for the foreseeable future with a correspondingly high probability of success."

TS

**Tom Shaw, CFA**

Director of Investor Relations

HIGHLY CONFIDENTIAL
UA_01172386