# EXHIBIT 23

**To:** Stephanie Ruhle[sruhle2@bloomberg.net]
**From:** KP13
**Sent:** Fri 1/29/2016 10:49:46 AM (UTC-05:00)
**Subject:** Fwd: Under Armour Inc.: Women's Apparel and Running Footwear Still Threaten Premium Valuation; Reiterate UW

image001.png
image002.png
image003.png
image004.png
image005.png

How about this rat....

**From:** Shaw, Tom
**Sent:** Friday, January 29, 2016 8:45 AM
**To:** Dickerson, Brad; Molloy, Chip; Anguilla, Rick; Gillard, Carrie
**Subject:** FW: Under Armour Inc.: Women's Apparel and Running Footwear Still Threaten Premium Valuation; Reiterate UW

Sticking to his story...

**Tom Shaw, CFA**

Director of Investor Relations



1020 Hull Street

Baltimore, MD 21230

Phone: +1 410-843-7676

   

**THE WORLD'S LARGEST FITNESS COMMUNITY.**

AVAILABLE NOW ON iOS & ANDROID

Exhibit 0019

**From:** Jay Sole [mailto:Jay.Sole@morganstanley.com]
**Sent:** Friday, January 29, 2016 4:06 AM
**To:** Shaw, Tom
**Subject:** Under Armour Inc.: Women's Apparel and Running Footwear Still Threaten Premium Valuation; Reiterate UW

HIGHLY CONFIDENTIAL							UA_01173745

...

JANUARY 29, 2016 GMT

# Under Armour Inc. (UA.N)

## Women's Apparel and Running Footwear Still Threaten Premium Valuation; Reiterate UW

Morgan Stanley Research
North America

Jay Sole
+1 212 761-5866

Joseph Wyatt, CFA
+1 212 761-4206

Download the complete report (34 pgs)

Edward A Ryan
+1 212 761-4384

Despite positive headlines, some income statement and balance sheet items suggest to us issues exist. Int'l and basketball footwear strength is buying UA time to fix its women's business. However, if women's slows, we think UA will eventually miss expectations and its 65x P/E will fall.

Under Armour Inc.
Stock Rating :  Underweight

**We see five concerning data points:** 1) US women's apparel likely grew only 8%, which was in-line with our bearish view and probably an 800 bps deceleration q/q; 2) UA guided to 1Q gross margin down 150 bps y/y vs. consensus of flat; 3) UA had lower 4Q incentive compensation, suggesting the company may have missed some internal benchmark; 4) Inventory increased 46%, 1700 bps more than 1Qe sales growth and; 5) Accounts receivable increased 55%, 2400 bps higher than 4Q sales growth. This is a 3000 bps difference vs. UA's LT avg. AR is $76M above trend. Removing this amount from 4Q sales would have meant UA's top-line growth missed by 300 bps instead of beating by 500. Lastly, we continue to think the -20% running footwear ASP change since 2013 vs. -4% for the industry is a problem.

Branded Apparel & Footwear

Industry View :  In-Line

**Our UW thesis is essentially unchanged: Key growth engines are at risk of slowing.** Together US women's apparel and US running footwear is 35% of our forecasted growth and we remain concerned about trends in these categories. We believe recent UA stock volatility shows if the market perceives a top-line trend inflection, its premium P/E could fall. UA is adding merchandising talent and introducing four new $100+ running styles. This may help, but even if successful, the percentage of UA running footwear sales from SKUs over $100 will likely grow to just 6% vs. the 23% peer avg. Nevertheless, if women's apparel rebounds and running footwear prices climb, we may reconsider our view. *Please see 4Q Review for more detail.*

Ask the Author a Question

Remove me from this distribution

**We increase our FY16 EPS estimate by 2c and price target to $64** from $62 based on slightly higher sales growth, slightly offset by lower margins. We believe our long-term 22.5% sales growth forecast will remain below the Street's 25+% view. Putting our new EPS estimates through our DCF causes the PT change. All other assumptions are essentially the same. We continue to think UA looks expensive vs. history and peers. Its 65x P/E is 50% above its 5-yr. historical average and its 2.7 PEG ratio is 51% above the group median. Our *What's in the Price?* analysis suggests 80% of the stock's value is in growth looking out beyond three years, 400 bps above its historical avg., even though UA is a much larger company today, and well above the 12% peer median.

Download the complete report (34 pgs)

**Read Morgan Stanley Research anytime, anywhere**
**iPad, iPhone, and Android**: visit the Apple App Store or Android Market and download the Morgan Stanley Research app

HIGHLY CONFIDENTIAL

UA_01173746

For important information including analyst certification and disclosures regarding specific companies, derivatives, or other instruments discussed in this e-mail, please refer to the latest research report, if attached and/or hyperlinked to this email, or by logging on to Morgan Stanley's Matrix portal at http://www.morganstanley.com/matrix. You may also refer to the Morgan Stanley Research Disclosure Website http://www.morganstanley.com/eqr/disclosures/webapp/generalresearch.

Morgan Stanley will make certain research products and announcements available only on Morgan Stanley's Matrix platform. For access Matrix, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act. If you have received this communication in error, please destroy all electronic and paper copies and notify the sender immediately. Mistransmission not intended to waive confidentiality or privilege. Morgan Stanley reserves the right, to the extent permitted under applicable law, to moni electronic communications. This message is subject to terms available at the following link: http://www.morganstanley.com/disclaimers. you cannot access these links, please notify us by reply message and we will send the contents to you. By messaging with Morgan Stanl you consent to the foregoing.

HIGHLY CONFIDENTIAL
UA_01173747