# EXHIBIT 25

Message

| | |
|---|---|
| **From:** | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent:** | 1/28/2016 7:15:20 AM |
| **To:** | KP13 [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=kp13] |
| **Subject:** | Fwd:(BFW) Under Armour Jumps as Yr Rev. View Tops Est.; 4Q EPS, Rev. Beat |

boom!

---

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342

From: Jacqueline Lopez (BLOOMBERG/ NEWSROOM:) At: Jan 28 2016 07:15:04
To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
Subject: Fwd:(BFW) Under Armour Jumps as Yr Rev. View Tops Est.; 4Q EPS, Rev. Beat

> Under Armour Jumps as Yr Rev. View Tops Est.; 4Q EPS, Rev. Beat
> By Janet Freund
> (Bloomberg) -- Under Armour sees 2016 rev. ~$4.95b, est. $4.90b; sees yr oper. income ~$503m. Jumps 9.4% pre-mkt on 6k shrs.
>
> - 4Q EPS 48c vs est. 46c (range 40c-51c)
> - 4Q rev. $1.17b vs est. $1.12b (range $1.08b-$1.15b)
> - Segment rev. vs Stifel ests.: apparel $865m vs est. $832m; footwear $167m vs $146m; accessories $97m vs $99m
> - Direct-to-consumer rev. up 25% y/y, intl rev. up 70%
> - 4Q gross margin 48% vs est. 48.3%, 49.85% y/y
> - NOTE: Jan. 25, Under Armour Announces Global Partnership with Dwayne Johnson
> - Conf. call 8:30am 877.353.0039, listen live
> - See PREVIEW UNDER ARMOUR 4Q: Sentiment Negative; 2016 Views in Focus
>
> Statement NSN O1NW1Z3MMTC0<GO>

---

PRN 01/28 12:01 Under Armour Reports Fourth Quarter Net Revenues Growth Of 31% And Full Year Net Revenues Growth Of 28%
BN 01/28 12:03 *UNDER ARMOUR SEES '16 NET REV. ABOUT $4.95B, EST. $4.90B
BN 01/28 12:02 *UNDER ARMOUR SEES '16 NET REV. ABOUT $4.95B
BFW 01/28 12:02 *UNDER ARMOUR 4Q NET REV. $1.17B, EST. $1.12B
BN 01/28 12:02 *UNDER ARMOUR SEES '16 OPER INCOME ABOUT $503M
TS1 01/28 12:02 * UNDER ARMOUR-A 4Q NET REVENUE $1.17B :UA US
BN 01/28 12:02 *UNDER ARMOUR 4Q NET REV. $1.17B, EST. $1.12B
BN 01/28 12:01 *UNDER ARMOUR 4Q EPS 48C, EST. 46C

HIGHLY CONFIDENTIAL                                                                            UA_01173684

```
TS1 01/28 12:01 * UNDER ARMOUR-A 4Q EPS 48C :UA US
BN 01/28 12:01 *UNDER ARMOUR 4Q EPS 48C
TS1 01/28 12:01 *UNDER ARMOUR SEES 2016 REV. GROWTH 25% :UA US
TS1 01/28 12:01 *UNDER ARMOUR INVENTORIES $783M AT DEC. 31 :UA US
TS1 01/28 12:01 *UNDER ARMOUR 4Q GROSS MARGIN 48% :UA US
TS1 01/28 12:01 *UNDER ARMOUR 4Q NET REV. $1.17B :UA US
TS1 01/28 12:01 *UNDER ARMOUR SEES 2016 REV. $4.95B :UA US
TS1 01/28 12:01 *UNDER ARMOUR 4Q EPS 48C :UA US
BN 01/28 12:01 *UNDER ARMOUR SEES 2016 REV. GROWTH 25% :UA US
BN 01/28 12:01 *UNDER ARMOUR INVENTORIES $783M AT DEC. 31 :UA US
BN 01/28 12:01 *UNDER ARMOUR 4Q EPS 48C :UA US
BN 01/28 12:01 *UNDER ARMOUR 4Q GROSS MARGIN 48% :UA US
BN 01/28 12:01 *UNDER ARMOUR 4Q NET REV. $1.17B :UA US
BN 01/28 12:01 *UNDER ARMOUR SEES 2016 REV. $4.95B :UA US
```

Under Armour Jumps as Yr Rev. View Tops Est.; 4Q EPS, Rev. Beat
2016-01-28 12:07:08.871 GMT


By Janet Freund
(Bloomberg) -- Under Armour sees 2016 rev. ~$4.95b, est.
$4.90b; sees yr oper. income ~$503m. Jumps 9.4% pre-mkt on 6k
shrs.

* 4Q EPS 48c vs est. 46c (range 40c-51c)
* 4Q rev. $1.17b vs est. $1.12b (range $1.08b-$1.15b)
* Segment rev. vs Stifel ests.: apparel $865m vs est. $832m;
footwear $167m vs $146m; accessories $97m vs $99m
* Direct-to-consumer rev. up 25% y/y, intl rev. up 70%
* 4Q gross margin 48% vs est. 48.3%, 49.85% y/y
* NOTE: Jan. 25, Under Armour Announces Global Partnership
with Dwayne Johnson
* Conf. call 8:30am 877.353.0039, listen live
* See PREVIEW UNDER ARMOUR 4Q: Sentiment Negative; 2016 Views
in Focus
Statement NSN O1NW1Z3MMTC0<GO>

For Related News and Information:
First Word scrolling panel: FIRST<GO>
First Word newswire: NH BFW<GO>

To contact the reporter on this story:
Janet Freund in New York at jfreund11@bloomberg.net
To contact the editor responsible for this story:
Arie Shapira at ashapira3@bloomberg.net

HIGHLY CONFIDENTIAL

UA_01173686