# EXHIBIT 26

| | |
|---|---|
| **Message** | |
| **From:** | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent:** | 1/28/2016 7:25:35 AM |
| **To:** | KP13 [/o=Underarmour/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=kp13] |
| **Subject:** | Fwd:(BN) Under Armour Soars After Basketball Shoes Help It Top Estimates |

Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342

From: Jacqueline Lopez (BLOOMBERG/ NEWSROOM:) At: Jan 28 2016 07:22:35
To: Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
Subject: Fwd:(BN) Under Armour Soars After Basketball Shoes Help It Top Estimates

# Under Armour Soars After Basketball Shoes Help It Top Estimates

By Matt Townsend
(Bloomberg) --
Under Armour Inc. shares rose as much as 14 percent in early trading after its fourth-quarter results and annual forecast surpassed analysts' estimates, helped by newer products such as basketball shoes.
Earnings rose to 48 cents a share in the period, the Baltimore-based companysaid on Thursday. Analysts had estimated 46 cents on average, according to data compiled by analysts. Sales advanced to $1.17 billion, beating the average estimate of $1.12 billion. The company, which got its start in football apparel, also gave a better-than-anticipated forecast for 2016.
The results helped reassure investors, who had been concerned that warm winter weather and slower sales to female customers would hamper growth. Earlier this month, Morgan Stanley cut its rating on Under Armour's stock to the equivalent of sell, saying the brand is losing market share, especially among women.
The shares rose as high as $77.84 in early trading after the results were released. Before the rally, they had tumbled 34 percent since an all-time high of $104.10 in September.

Under Armour Soars After Basketball Shoes Help It Top Estimates
2016-01-28 12:18:49.152 GMT

By Matt Townsend
(Bloomberg) -- Under Armour Inc. shares rose as much as 14

HIGHLY CONFIDENTIAL                                                                                                           UA_01173682

percent in early trading after its fourth-quarter results and annual forecast surpassed analysts' estimates, helped by newer products such as basketball shoes.

Earnings rose to 48 cents a share in the period, the Baltimore-based company said on Thursday. Analysts had estimated 46 cents on average, according to data compiled by analysts.

Sales advanced to $1.17 billion, beating the average estimate of $1.12 billion. The company, which got its start in football apparel, also gave a better-than-anticipated forecast for 2016.

The results helped reassure investors, who had been concerned that warm winter weather and slower sales to female customers would hamper growth. Earlier this month, Morgan Stanley cut its rating on Under Armour's stock to the equivalent of sell, saying the brand is losing market share, especially among women.

The shares rose as high as $77.84 in early trading after the results were released. Before the rally, they had tumbled 34 percent since an all-time high of $104.10 in September.

To contact the reporter on this story:
Matt Townsend in New York at mtownsend9@bloomberg.net
To contact the editors responsible for this story:
Nick Turner at nturner7@bloomberg.net
Mark Schoifet

HIGHLY CONFIDENTIAL
UA_01173683