# EXHIBIT 27

Message

| | |
|---|---|
| **From:** | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent:** | 1/29/2016 6:06:23 PM |
| **To:** | atoscano2@bloomberg.net; Pelkey, Diane [/O=UNDERARMOUR/OU=First Administrative Group/cn=Recipients/cn=dpelkey] |
| **Subject:** | Re:Stephen Curry |

Thank you so much
We are so excited

Sent from Bloomberg Professional for mm

----- Original Message -----
From: Diane Pelkey <dpelkey@underarmour.com>
To: ADRIENNE TOSCANO, STEPHANIE RUHLE
At: 29-Jan-2016 17:22:46

Hey Steph/Adrienne -
So happy we were able to secure Stephen for the interview on Monday at 11:30AM. See below Key points and lots of B-roll and imagery. Let me know if you need anything else. Have a great weekend.
Best~
Diane

## UA/ Curry Overview:

- Stephen Curry joined the Under Armour Brand in 2013.
- In 2015, his partnership was extended through 2024
- Curry has been featured in multiple brand campaigns including two global Under Armour "Holiday" campaigns: Curry One-Charged by Belief (Feb 2015) and Rule Yourself (August 2015)
- Under Armour launched Curry's first signature basketball shoe, the Curry One, and his signature apparel collection in February 2015. Since its launch, the Curry One has continued to almost fully sell out across all retail distribution channels.
- The Curry Two launched in Asia as part of Curry's first-ever Under Armour tour of the region in September, followed by the U.S. and global debut in October 2015.
- **The Curry Two had the best sell-through of any signature basketball shoe this past season, helping to drive the brand's 95% growth in footwear revenue**
- Under Armour will also continue to tell a Basketball story at the 2016 NBA All Star Weekend, featuring Stephen. The brand has an OOH takeover at Toronto's Union Station promoting Under Armour basketball's #PlayforMore campaign and will be hosting an event with Stephen and Foot Locker at Yorkdale Mall on Friday Feb 12.
- The Brand will unveil the Curry Two All-Star color way on February 8. The shoes will go on-sale on UA.com on Feb 12.

## Campaigns/ B-roll:
**Curry Two "Flash"**
https://www.youtube.com/watch?v=JkBNmBQb5qY

UA_01173734

**Rule Yourself**
https://www.youtube.com/watch?v=ikmd-vtRCqo

**Curry One- Charged by Belief**
https://www.youtube.com/watch?v=e6o8PbAsGKA

**Asia Tour B-roll**
https://www.dropbox.com/sh/ppc1p6yxthdn2v1/AADKFaL-OHnPWs6eDtV904Mya?dl=0.

**Imagery:**
**SC UA Road Show (Asia Tour):**
https://www.dropbox.com/sh/d5rji1m3gg86g7f/AACTQn71ScAJvy6vQIdmohB4a?dl=0

**Rule Yourself Campaign Images:**
https://www.dropbox.com/sh/cvjhvfctdv2e0qm/AABFojp9Jq26oLGEbM2e6fwYa?dl=0

**Curry Two Footwear Images:**
**Iron Sharpen**
**Iron:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217120.jpg
**Dub Nation**
**(away):** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=Dub+Nation_Pair.jpg
**Father to**
**Son:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215038.jpg
**Floor**
**General:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215026.jpg
**The**
**Professional:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215024.jpg
**Long**
**Shot:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217126.jpg
**Providence**
**Rd:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217129.jpg

**December Releases:**
**Suit &**
**Tie:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=150922-Curry215044.jpg
**Northern**
**Lights:** https://www.dropbox.com/sh/bxutlzr8rss0fyf/AAAUiqI4MqC1GsZUjYLVt7r0a?dl=0&preview=151013-Curry_2_Social+217140.jpg

**Jan Releases:**
**Haight Street:** https://www.dropbox.com/sh/1iy3w049i2wnfss/AAB8ftWBNdkasrXH25-DO5F0a?dl=0
**Rainmaker Gray Storm:** https://www.dropbox.com/s/9s0gh19qosgarys/1259007-052.tif?dl=0

**Feb Release:**
**Black History Month (at retail Feb**
**6):** https://www.dropbox.com/sh/1iy3w049i2wnfss/AAB8ftWBNdkasrXH25-DO5F0a?dl=0

CONFIDENTIAL

CONFIDENTIAL