# EXHIBIT 29

Message

| | |
|---|---|
| **From**: | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent**: | 4/21/2015 11:24:43 AM |
| **To**: | KP13 [/O=UNDERARMOUR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kp13] |

1- my colleague BL is in fact a dope
2- Erik and I in fact argued earlier in your defense. We did a read on UA shares being down and missing analysts estimates....and DUMBASSSS IBM shares coasting. They actually had YET ANOTHER suckassss quarter- but analysts reduced estimates, so technically they "outperformed"

the system is completely stupid- pointless and rigged...and we just beat up a goldman guy over it

You did well and your shares are down
IBM sucked and they are aok
SO DUMB

---
Stephanie Ruhle
Anchor/Managing Editor, BloombergTV
Editor-at-Large, Bloomberg News
731 Lexington Ave
New York, NY 10022
office: 212.617.0784
cell: 917.202.4342