# EXHIBIT 30
[REDACTED]

| | |
|---|---|
| **Message** | |
| **From:** | KP13 [/O=UNDERARMOUR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KP13] |
| **Sent:** | 6/15/2015 8:37:34 PM |
| **To:** | Stephanie Ruhle [ ] |
| **Subject:** | Fwd: Announcement Regarding New Class C Stock |
| **Attachments:** | image001.png; ATT00001.htm; Letter to Shareholders.pdf; ATT00002.htm; Press Release.pdf; ATT00003.htm |

Please read my letter - finding out that Robin is going on tomorrow is really weird as a topic with this coming out. Please read the info and then let's discuss whether it's a good idea for Robin or let me at least get you fully briefed so you (and Robin) can blow the doors off.

Let me know what you think of my letter??!!

Sent from my iPhone

Begin forwarded message:

> **From:** "Pelkey, Diane" <dpelkey@underarmour.com>
> **Date:** June 15, 2015 at 1:09:47 PM PDT
> **To:** VP <VP@underarmour.com>
> **Cc:** "Shadman, Mehri" <mshadman@underarmour.com>
> **Subject: Announcement Regarding New Class C Stock**
>
>> Team – Wanted to let you know about an important announcement that will be made on Our House shortly.
>>
>> Today Under Armour announced that our Board of Directors has approved a new class of non-voting common stock, the Class C stock. At some point following a stockholders meeting in late August, we expect shares of Class C stock to be distributed through a stock dividend to all of Under Armour's stockholders – effectively a two-for-one stock split.
>>
>> This new Class C stock will help Under Armour maintain our current founder-led governance approach under Kevin Plank and let us continue to focus on our long-term goals.
>>
>> To learn more about the stock dividend, you can read a letter from Kevin Plank to stockholders regarding the creation of Class C, and a press release that we issued this afternoon, both of which are available on our website at www.uabiz.com (and are attached to this email).
>>
>> We will keep you updated as we get closer to completing the stock dividend. In the meantime, if you have any questions, please contact Mehri Shadman in the

**Exhibit 0007**

HIGHLY CONFIDENTIAL

UA_01155627

Legal Department by phone at (410) 246-6881 or by email at mshadman@underarmour.com.

Thanks! Diane

**DIANE PELKEY**

Senior Vice President, Global Communications and Entertainment

**UNDER ARMOUR®**

1020 Hull Street

Baltimore, MD 21230

Phone: 410.246.5927

Cell: 617.256.4541

HIGHLY CONFIDENTIAL
UA_01155628