# EXHIBIT 31

**To:**      KP13[kp13@ua.com]
**From:**    Stephanie Ruhle (BLOOMBERG/ NEWSROOM:)
**Sent:**    Tue 10/13/2015 11:02:37 AM (UTC-04:00)
**Subject:** Re:FW: CFO/COO Announcement Monitoring
image001.jpg
image003.png
image005.jpg
image006.jpg
image007.jpg
image008.jpg
image009.png

I've got something to say about it

Sent from Bloomberg Professional for mm

----- Original Message -----
From: Kp13 <kp13@ua.com>
To: STEPHANIE RUHLE
At: 13-Oct-2015 10:10:00

**From:** Diane Pelkey <dpelkey@underarmour.com>
**Date:** Tuesday, October 13, 2015 at 9:55 AM
**To:** Kevin Plank <kp13@ua.com>, Jen Office of CEO <jsmith@underarmour.com>
**Subject:** CFO/COO Announcement Monitoring

Jim Cramer says.. I don't care who leaves.. As long as it is not KP. KP runs a tight ship…

SQUAWK ON THE STREET

http://app.criticalmention.com/#/player/shareId=303111&partnerToken=7ad39433-edc9-47eb-805f-9069486ed9db&clientId=54849



# Squawk on the Street

Network

**Clip Length:** 2 min

**Start Second:** 49

**End Second:** 3

**Source:** CNBC

**Market:** National Programming

**Air Time:** Tuesday, 13. October 2015 09:37AM

PLAY

HIGHLY CONFIDENTIAL

**Estimated Audience:**
236,625

revenue number. still his baby. i'd like more information on that and find out what is behind that. i heard that but didn't pursue it. >> under armor losing their coo 9:38 AMand cfo who has been a company vet for about 11 years, dickerson, leaving to pursue an opportunity outside the athletic performance area. having just made some big bets on fitness technology, my fitness app. >> yeah. i think that, you know, under armour is saying buy the stock. it was before we saw this news. i like under armor very much. morgan stanley price target goes up. let this settle. people always have some sort of nonsense. this is kevin plank's show. i'm not backing away. this is a great long-term buy. kevin blank runs a tight ship. i don't care about who leaves, as long as it's not kevin plank. >> he's the man. >> he be the man. like nike. >> if he leaves, trouble. >> if he leaves? you know -- you will need some armo armor. >> ge, we mention ed it's been on a nice run.

**UPDATE 1-Under Armour CFO Brad Dickerson to leave early next year**

REUTERS

http://www.reuters.com/article/2015/10/13/under-ar-moves-cfo-idUSL3N12D4PJ20151013

(Adds details, shares)

Oct 13 (Reuters) - Sportswear maker Under Armour Inc said Chief Financial Officer Brad Dickerson would leave the company in early 2016.

Dickerson, who is also Under Armour's chief operating officer, will pursue another job outside the athletic performance industry, the company said on Tuesday.

Dickerson has served as CFO since 2008 and COO since early this year. During his tenure, Under Armour's revenue has grown to $3.08 billion from $725.2 million.

The company, which sells signature lines of sports stars such as NBA star Stephen Curry and golfer Jordan Spieth, said it would distribute duties of the COO among the new CFO and other executives as part of the transition process.

The company said it would search externally for a CFO.

Under Armour shares were down 2.2 percent at $101.05 in early trading on Tuesday. (Reporting by Yashaswini Swamynathan in Bengaluru; Editing by Don Sebastian)

ONLINE

**Under Armour CFO Brad Dickerson to leave early next year**

REUTERS

http://www.reuters.com/article/2015/10/13/under-ar-moves-cfo-idUSL3N12D4P120151013

HIGHLY CONFIDENTIAL   UA_01162775

Oct 13 (Reuters) - Sportswear maker Under Armour Inc said Chief Financial Officer Brad Dickerson would leave the company in early 2016.

Dickerson, who is also Under Armour's chief operating officer, will pursue another job outside the athletic performance industry, the company said on Tuesday.

The company said it will search externally for a CFO.

(Reporting by Yashaswini Swamynathan in Bengaluru; Editing by Don Sebastian)

**Under Armour's stock slumps after CFO said to step down**

MARKETWATCH

http://www.marketwatch.com/story/under-armours-stock-slumps-after-cfo-said-to-step-down-2015-10-13?mod=BreakingNewsSecondary

Under Armour Inc.'s stock UA, -2.32% slumped 2.3% in premarket trade Tuesday, after the athletic apparel company said Chief Financial Officer Brad Dickerson will step down after seven years in the position to pursue another opportunity. Dickerson, who was also named chief operating officer earlier this year, will remain with the company until February 2016, as the company searches externally for his replacement. The new opportunity Dickerson is pursuing it outside of the athletic performance industry, Under Armour said. The stock has soared 52% year to date through Monday, while the S&P 500 has lost 2%.

SOCIAL – TOP HITS

About 50 mentions total so far on Social



UA_01162776



http://app.criticalmention.com/#/player/shareId=303099&partnerToken=7ad39433-edc9-47eb-805f-9069486ed9db&clientId=54849



**Bloomberg GO**

Network

**Clip Length:** 1 min

**Start Second:** 35

**End Second:** 3

PLAY

**Source:** BLOOM

**Market:** National Programming

**Air Time:** Tuesday, 13. October 2015 09:19AM EDT

be a lot of canceled flights. they say they will staff the main control room to make sure there are not any glitches there. i want to mention under armour as well. the cfo will be stepping down in february of 2016. he has been at the company since 2004. a management note, he will be pursuing other personal endeavors over at under armour. stephanie: thank you.

HIGHLY CONFIDENTIAL