# EXHIBIT 33

**Message**

| | |
|---|---|
| **From**: | KP13 [/O=UNDERARMOUR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KP13] |
| **Sent**: | 4/15/2016 8:25:36 PM |
| **To**: | |
| **Subject**: | Mirchin Conversation |
| **Attachments**: | Mirchin Conversation.m4a; ATT00001.txt |

My night

**Exhibit 0048**
Mirchin

CONFIDENTIAL                                                                                                              UA_00308191

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL
UA_00308192