# EXHIBIT 34

[UNDER SEAL]

# EXHIBIT 34

Voice Recording to be submitted to Court