# EXHIBIT 37

**Message**

| | |
|---|---|
| **From**: | Stephanie Ruhle (BLOOMBERG/ NEWSROOM:) [sruhle2@bloomberg.net] |
| **Sent**: | 4/21/2015 12:06:09 PM |
| **To**: | KP13 [/O=UNDERARMOUR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kp13] |
| **Subject**: | Re: can we discuss.... |
| **Attachments**: | image1.PNG; ATT00001.txt |

I'm looking now
Heading to do a live event- I have to give a speech and I am unprepared

You are 100% right-- its a bad headline and bad practice
I am commited to changing it on my side of the house (tv)..and then through envy admiration or shaming (hopefully) others will follow suit


Sent From Bloomberg Mobile MSG

---- Original Message ----
From: Kp13 <kp13@ua.com>
At: 4/21/2015 12:01

Check out the UA headlines from Bloomberg

**Exhibit 0006**

HIGHLY CONFIDENTIAL                                                                                              UA_01154490