# Exhibit A

# Stephanie Ruhle

MENU

## About Stephanie



Stephanie Ruhle anchors "MSNBC Live with Stephanie Ruhle" at 9 a.m. ET and "MSNBC Live with Velshi & Ruhle" at 1 p.m. ET on weekdays. Ruhle also appears across all NBC News and MSNBC platforms, including "NBC Nightly News with Lester Holt," "TODAY," and NBCNews.com.

Since joining MSNBC, Ruhle has interviewed titans in politics, business, entertainment and sports including Michael Bloomberg, Serena Williams and more. Ruhle is known for bringing humanity into her news coverage, including her reporting on the migrant crisis at the border in McAllen, Texas and her daily "Good News Ruhles" segment.

Previously, Ruhle served as anchor and managing editor for Bloomberg Television and editor-at-large for Bloomberg News, where she co-hosted Bloomberg <GO>, Bloomberg TV's flagship morning show featuring global thought leaders across business, tech and media.

Prior to Bloomberg, Ruhle worked at Deutsche Bank, serving as a Managing Director in Global Markets Senior Relationship Management. Ruhle began her career at Credit Suisse, where she was the highest-producing credit derivatives salesperson in the U.S.

In 2015, Ruhle produced and hosted the documentary *Haiti: Open For Business?*, which sheds light on the country five years after it was hit by a devastating earthquake and explores its viability as the next emerging market.  Ruhle also participated in a short-form documentary, *Sharkland: A Mission Blue & Fusion Expedition*, which brings attention to the plight of sharks and the urgent needs to conserve our oceans.

Ruhle plays an active role in women's leadership development, having founded the Corporate Investment Bank Women's Network and co-chaired Women on Wall Street. Ruhle is a member of the board of trustees for Girls Inc. NYC and in 2016 was honored as one of their Women of the Year. Ruhle currently sits on the board and advises for "React To Film," an issue-based documentary film series, and formerly served on the corporate councils of iMentor and The White House Project.

Ruhle received a bachelor's degree in International Business from Lehigh University and resides in New York City with her husband Andy Hubbard and their 3 children, Harrison, Reese and Drew.

© 2019 Stephanie Ruhle.