# Exhibit B

# Video Exhibit B

# Video titled "Under Armour Shares Decline, Here's Why"

https://www.bloomberg.com/news/videos/2016-01-11/under-armour-shares-decline-here-s-why

# Distributed in mp4 format on a DVD