# EXHIBIT E

**Davis Polk**

+1 212 450 4874
lawrence.portnoy@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

CONFIDENTIAL

**VIA EMAIL**

November 16, 2022

T. Alex B. Folkerth
Robbins Geller Rudman & Dowd LLP
420 Lexington Avenue
Suite 1832
New York, NY 10170

Re: *In re Under Armour Securities Litigation*, No. 17-cv-388-RDB (D. Md.)

Counsel:

On behalf of NBCUniversal News Group ("NBCU"), a non-party in the above-referenced case, I transmit the attached production, which contains documents Bates-numbered RCOMM_001 through RCOMM_026. As discussed during our meet and confer on October 26, 2022, this production includes communications resulting from a search across Stephanie Ruhle's NBCU email address using the search terms you proposed in your September 12, 2022 email correspondence with NBCU. As discussed during our meet and confer, we are producing: (1) communications between Ms. Ruhle and Under Armour regarding efforts to get Under Armour representatives or employees on-air, (2) communications between Ms. Ruhle and Under Armour regarding efforts to get Under Armour mentioned on-air, and (3) communications with between Ms. Ruhle and Under Armour regarding the Under Armour brand and/or products. Pursuant to our agreement during our meet and confer on November 9, 2022, the aforementioned production resolves any and all of NBCU's obligations under the third-party subpoena (the "Subpoena") you issued to NBCU in the above-referenced matter.

This production contains documents designated as "CONFIDENTIAL" pursuant to the parties' stipulated Protective Order, as entered by the Court on July 7, 2022, and all rights are reserved attendant with such designation. Production of these documents should not be construed as a waiver of any privilege.

Sincerely,

Lawrence Portnoy

#96298688v4