USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ABERDEEN CITY COUNCIL AS :
ADMINISTRATING AUTHORITY FOR
THE NORTH EAST SCOTLAND :
PENSION FUND,

              Plaintiff,

                                   23-MC-70 (LAK)(GWG)

v.

BLOOMBERG L.P.,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

        Magistrate Judge Gabriel W. Gorenstein adjudicated movant's motion to compel by the issuance of the August 25, 2023 opinion and order (DI 73). Accordingly, the Clerk of Court shall close this case.

Dated: January 14, 2025

                                                    Lewis A. Kaplan
                                                    United States District Court